UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. BURNES, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00556-DAD-JDP<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION<br><br>ECF No. 27 |

Defendant's request for an extension, ECF No. 27, is granted. Defendants' opposition to plaintiff's motion for summary judgment will be due April 30, 2020.

IT IS SO ORDERED.

Dated: March 14, 2020                                             _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

No. 205.

1