UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>J. BURNES, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-00556-DAD-JDP<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 29 |

Defendants have shown good cause to modify the scheduling order. ECF No. 29. Defendants shall have until April 20, 2020 to file their motion for summary judgment on exhaustion grounds.

IT IS SO ORDERED.

Dated: 　March 28, 2020　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.

1