1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  ALICIA A. BOWER, State Bar No. 287799
   Acting Supervising Deputy Attorney General
3  CAITLIN R. SMITH, State Bar No. 286891
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-6393
6   Fax:  (916) 324-5205
    E-mail:  Caitlin.Smith@doj.ca.gov
7  *Attorneys for Defendants*
   *Magallanes and Burnes*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KAREEM HOWELL,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**J. BURNES, et al.,**<br><br>                                    Plaintiffs. | Case No.: 1:19-cv-00556 DAG JDP<br><br>**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S LATE DECLARATION IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, REQUEST FOR EXTENSION OF TIME TO RESPOND**<br><br>Judge:         The Honorable Jeremy D. Peterson<br>Trial Date:    None Set<br>Action Filed:  April 30, 2019 |

## INTRODUCTION

Defendants have received a document from Plaintiff entitled "Declaration in Support of Motion for Summary Judgment," postmarked on April 30, 2020.  (ECF No. 32).  This document is represented by Plaintiff to be a supplement to his motion for summary judgment (ECF No. 33 at 8), which was filed February 24, 2020.  Because Plaintiff was required to submit all supporting evidence with his motion and because Defendants could not respond to a document postmarked on their deadline to file the opposition, Defendants respectfully request the Court strike this belated declaration (ECF No. 33) under Federal Rule of Civil Procedure 12(f).  Or, in the

1

alternative, Defendants request that the Court permit them to file a supplemental opposition and responsive evidence, if necessary.

## BACKGROUND

Plaintiff filed a motion for summary judgment on February 24, 2020.  (ECF No. 26.)  In that motion, Plaintiff submitted the declaration of T. Winston, but he did not submit his own declaration.  Following the granting of a request for an extension of time to respond, Defendants' deadline to oppose Plaintiff's motion for summary judgment was extended up to and including April 30, 2020.  (ECF No. 28.)   Defendants filed their opposition to Plaintiff's motion for summary judgment on April 30, 2020. (ECF No. 32.)

On April 30, 2020, Plaintiff mailed his "Declaration in Support of Motion for Summary Judgment" (ECF No. 33).  This document was filed on the Court's docket on May 4, 2020. (ECF No. 33.)

## ARGUMENT

Defendants respectfully request that the Court either strike Plaintiff's belated declaration (ECF No. 33) from the record or, in the alternative, permit Defendants to file a supplemental response before issuing a ruling. Federal Rule of Civil Procedure 12(f) permits the court to strike from a pleading any redundant, immaterial, impertinent, or scandalous matter, and the court may act on its own, or on a motion made by the party before responding to the pleading, or if a response is not allowed, within 21 days after being served with the pleading.  Courts require a showing of prejudice to the moving party, as motions to strike are viewed with disfavor.  See *S.E.C. v. Sands*, 902 F.Supp 1149, 1165-1166 (C.D. Cal. 1995) , *and Cal. Dept. of Toxic Substances Control v. Alco Pacific*,  217 F. Supp. 2d 1028, 1032-1033 (C.D. Cal. 2002).

Local Rule 260(a) requires that the moving party shall be responsible for the filing of all evidentiary documents cited in the moving papers.

In the instant case, while Plaintiff filed his motion for summary judgment on February 24, 2020, he did not post this declaration in support of his motion until April 30, 2020- the same day the Defendants' response was due.  Plaintiff acknowledged that this belated declaration was in support of his original motion for summary judgment, and was detached.  (ECF No. 33 at 8.)

2

1 Defendants had prepared a response based on the moving papers filed on February 24, 2020 (ECF No. 26), and did not learn that Plaintiff had filed this additional evidence (ECF No. 33) until after the deadline.

Plaintiff did not include all relevant evidence with his motion (ECF No. 26).  Over two months later, Plaintiff belatedly filed his declaration in ECF No. 33.   Plaintiff's belated declaration was not even filed on the Court's docket until days after Defendants' deadline to respond.  (ECF No. 33.)  Defendants had no reasonable chance to respond to Plaintiff's declaration, which provides more information than the declaration of T. Winston and would result in Plaintiff making uncontested allegations.  Defendants would be unfairly prejudiced if the Court were to consider this declaration (ECF No. 33) in light of the previously filed motion and moving papers, as Defendants could not address Plaintiff's allegations in his belated declartion.

**CONCLUSION**

Defendants respectfully request that the Court either strike Plaintiff's belated Declaration in Support of His Motion for Summary Judgment (ECF No. 33) or, in the alternative, give the Defendants an extension of time to respond and file a new, appropriately-responsive opposition that addresses the additional evidence.

Dated:  May 19, 2020                              Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ALICIA A. BOWER
Acting Supervising Deputy Attorney General


*/s/ Caitlin R. Smith*
CAITLIN R. SMITH
Deputy Attorney General
*Attorneys for Defendants*
*Magallanes and  Burnes*

SA2019105495

3

# CERTIFICATE OF SERVICE

Case Name:   **Howell (P-79828) v. Burns**          No.   **1:19-cv-00556 DAG JDP**

I hereby certify that on May 19, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S LATE DECLARATION IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, REQUEST FOR EXTENSION OF TIME TO RESPOND**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On May 19, 2020, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Kareem J. Howell, P-79828**
**California State Prison - Sacramento**
**P.O. Box 290066**
**Represa, CA 95671-0066**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 19, 2020, at Sacramento, California.

|                      |                          |
|:--------------------:|:------------------------:|
| P. Pimentel          | /s/ P. Pimentel          |
| Declarant            | Signature                |

SA2019105495
34085418.docx